UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NOVARTIS VACCINES AND DIAGNOSTICS, INC.
4560 Horton Street
Emeryville, California 94608,

        Plaintiff,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES
as represented by Secretary Michael O. Leavitt,
200 Independence Ave., S.W.
Washington, D.C. 20201

and

NATIONAL INSTITUTES OF HEALTH
9000 Rockville Pike
Bethesda, MD 20892

and

CENTOCOR, INC.
200 Great Valley Parkway
Malvern, PA 19355,

        Defendants.

Civil Action No.

**CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA:**

I, the undersigned, counsel of record for Novartis Vaccines and Diagnostics, Inc. certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or

affiliates of Novartis Vaccines and Diagnostics, Inc., which have any outstanding securities in the hands of the public: Novartis AG, a Swiss Corporation.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: November 27, 2007

Attorney of Record

By: /s/ John P. Corrado

John P. Corrado (D.C. Bar No. 380948)
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, N.W., Suite 5500
Washington, DC 20006-1888
Phone: (202) 887-1500

Attorneys for Plaintiff
Novartis Vaccines and Diagnostics, Inc.