UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NOVARTIS VACCINES AND DIAGNOSTICS
Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES, *et al.*
Defendants.

Case No. 1:07-CV-02138-RWR

**AFFIDAVIT OF SERVICE PURSUANT TO FED. R. CIV. P. 4(l)**

Stephanie Lenkey, being duly sworn, deposes and says as follows:

1. I am over 18 years of age and am competent to testify in this matter.

2. All of the statements made in this affidavit are true based on my own personal knowledge.

3. I am currently employed by Morrison & Foerster LLP, and Morrison & Foerster LLP is lead counsel for Plaintiff in this matter. I make this affidavit as proof that the summons and complaint were duly served in this action.

4. On November 27, 2007, pursuant to Federal Rule of Civil Procedure 4(i), I caused copies of the summons and the complaint in this case to be sent by certified mail, return receipt requested, to (1) Jeffrey A. Taylor, U.S. Attorney for the District of Columbia; and to (2) Michael B. Mukasey, U.S. Attorney General. Copies of postal documents have been attached in the Exhibit A. Signed acknowledgments of receipt were received from both parties and copies are also included in Exhibit A.

I declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct. I executed this affidavit on January 18, 2008, in Washington, D.C.

*Stephanie Lenkey*
Stephanie Lenkey

Sworn before me
this 18th day of January, 2008

*Sheila A Dombo*
Notary Public

SHEILA A. DOMBO
District of Columbia
My Commission Expires
May 14, 2011

2

# EXHIBIT A



Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7006 0810 0002 3683 7953
Detailed Results:

- **Delivered, December 03, 2007, 4:53 am, WASHINGTON, DC 20530**
- **Notice Left, December 02, 2007, 6:16 am, WASHINGTON, DC 20530**
- **Arrival at Unit, December 02, 2007, 5:31 am, WASHINGTON, DC 20022**
- **Acceptance, November 28, 2007, 7:55 pm, WASHINGTON, DC 20013**

( < Back )          ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

---

| Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts |

**Copyright© 1999-2007 USPS. All Rights Reserved.**     No FEAR Act EEO Data     FOIA      

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do          12/10/2007

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Stephanie Lenkey
Morrison & Foerster LLP
2000 Pennsylvania Ave, NW
Washington, DC 20006

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _Emmett Parker_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) NOV 30 2007   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Jeffery A. Taylor<br>US Attorney For the District of Columbia<br>United States Attorney's Office<br>555 4th Street, NW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☑ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0810 0002 3683 7953 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7006 0810 0002 3683 7939
Detailed Results:

- **Delivered, December 03, 2007, 4:53 am, WASHINGTON, DC 20530**
- **Notice Left, December 02, 2007, 6:16 am, WASHINGTON, DC 20530**
- **Arrival at Unit, December 02, 2007, 5:31 am, WASHINGTON, DC 20022**
- **Acceptance, November 28, 2007, 7:56 pm, WASHINGTON, DC 20013**

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm** 
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

UNITED STATES POSTAL SERVICE 

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Stephanie Lenkey
Morrison & Foerster LLP
2000 Pennsylvania Ave, NW
Washington, DC 20006

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael B. Mukasey
US Attorney General
US Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery: DEC 0 4 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7006 0810 0002 3683 7939

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540