# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|
| **Novartis Vaccines and Diagnostics, Inc.** | Attorney: |
| Plaintiff | Morrison & Foerster, LLP<br>John Corrado |
| vs. | 2000 Pennsylvania Ave., NW, Suite 5500<br>Washington, DC. 20006 |
| **United States Department of Health and Human Services, et al** | |
| Defendant | |

**Case Number:** 1:07-cv-02138

Legal documents received by Same Day Process Service on November 28th, 2007 at 1:00 PM to be served upon **National Institutes of Health at 9000 Rockville Pike, Bethesda, MD. 20892**

I, Brandon A. Snesko, swear and affirm that on **November 29th, 2007 at 4:10 PM**, I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **Summons in a Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint for Review of Interference Determination Pursuant to 35 U.S.C. Section 146; Certificate Required by LCVR 7.1 of the Local Rules of the United States District Court for the District of Columbia; Notice of Designation of Related Civil Cases Pending in this or any other United States Court; Initial ECF Order; ECF Attorney/Participant Registration Form; Civil Cover Sheet** to **Paul Robertson** as **Senior Attorney & Authorized Agent** of the within named corporation.

**Description of Person Accepting Service:**
Sex: Male   Age: 40   Height: 6'0   Weight: 240   Skin Color: Black   Hair Color: Black   Glasses: Y

**Supplemental Data Appropriate to this Service:**


I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Brandon A. Snesko
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000006074

District of Columbia : SS
Subscribed and Sworn to before me
this _____ day of _____, 2007

B. Tony Snesko, Notary Public, D.C.
My commission expires December 14, 2011



Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

NOVARTIS VACCINES AND
DIAGNOSTICS, INC.

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES

and

NATIONAL INSTITUTES OF HEALTH

and

CENTOCOR, INC.

CASE NU

Case: 1:07-cv-02138
Assigned To : Roberts, Richard W.
Assign. Date : 11/27/2007
Description: General Civil

TO: (Name and address of Defendant)

National Institutes of Health
9000 Rockville Pike
Bethesda, MD 20892
(301) 496-4000

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John P. Corrado, Esq.
Morrison & Foerster LLP
2000 Pennsylvannia Avenue, NW Suite 5500
Washington, D.C. 20006-1888
(202) 887-1500

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                NOV 27 2007
CLERK                                  DATE

_/s/ Lauren Higgins_
(By) DEPUTY CLERK