IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOVARTIS VACCINES AND DIAGNOSTICS, INC.<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*<br>      Defendants. | Case No. 1:07-CV-02138-RWR |

**AFFIDAVIT OF SERVICE PURSUANT TO FED. R. CIV. P. 4(I)**

Aimee Snow, being duly sworn, deposes and says as follows:

1. I am over 18 years of age and am competent to testify in this matter.

2. All of the statements made in this affidavit are true based on my own personal knowledge.

3. I am currently employed by Morrison & Foerster LLP, and Morrison & Foerster LLP is lead counsel for Plaintiff in this matter. I make this affidavit as proof that the amended complaint was duly served in this action.

4. On December 19, 2007, pursuant to Federal Rule of Civil Procedure 4(i), I caused copies of the amended complaint in this case to be sent by certified mail, return receipt requested, to (1) Jeffrey A. Taylor, U.S. Attorney for the District of Columbia; and to (2) Michael B. Mukasey, U.S. Attorney General. Copies of postal documents have been attached in Exhibit A. Signed acknowledgments of receipt were received from both parties and copies are also included in Exhibit A.

I declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct. I executed this affidavit on January 18, 2008, in Washington, D.C.

                     _____
                     Aimee Snow

Sworn before me
this 18th day of January, 2008.

_____
Notary Public

        SHEILA A. DOMBO
        District of Columbia
dc-515172    My Commission Expires
        May 14, 2011

1

# EXHIBIT A



Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 1490 0003 8432 0228**
Detailed Results:

- **Delivered, December 26, 2007, 4:56 am, WASHINGTON, DC 20530**
- **Notice Left, December 24, 2007, 7:20 am, WASHINGTON, DC 20530**
- **Arrival at Unit, December 24, 2007, 3:19 am, WASHINGTON, DC 20022**

< Back         Return to USPS.com Home >

### Track & Confirm

Enter Label/Receipt Number.

Go >

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   Go >

---

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA      

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4 in this box •

Aimee Snow
Morrison & Foerster LLP
2000 Pennsylvania Ave, NW
Washington, DC 20006

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney Jeffrey Taylor
U.S. Attorney's Office
554 4th St, NW
Wash, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
DEC 2 6 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)    7007 1490 0003 8432 0228

Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 1490 0003 8431 9840**
Detailed Results:

- **Delivered, December 26, 2007, 4:56 am, WASHINGTON, DC 20530**
- **Notice Left, December 24, 2007, 7:20 am, WASHINGTON, DC 20530**
- **Arrival at Unit, December 24, 2007, 3:19 am, WASHINGTON, DC 20022**

< Back    Return to USPS.com Home >

**Track & Confirm**
Enter Label/Receipt Number.

Go >

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    Go >

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA        

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Aimee Snow
Morrison & Foerster LLP
2000 Penn Ave, NW
Washington, DC 20006

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney Gen Michael Mukasey
U.S. Dept. of Justice
950 Penn Ave, NW
Washington, DC
20530-0001

2. Article Number
(Transfer from service label)    7007 1490 0003 8431 9840

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
DEC 2 6 2007

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540